UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BEN ANDREW GORDON,

    Plaintiffs,

v.

SELENE FINANCE LP,

    Defendant.                                 No. 15-cv-9-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 15), entered on April 23, 2015, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:    /s/*Caitlin Fischer*
                                           **Deputy Clerk**

Dated:  April 24, 2015

Digitally signed by
David R. Herndon
Date: 2015.04.24
09:00:25 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT